EXHIBIT "A"
TASKS PERFORMED BY TRUSTEE

| | | |
|---|---|---|
| 1. | Review schedules | .20 |
| 2. | Creditors meetings and examinations and meetings with debtor | 1.25 |
| 3. | Investigation into fees charged by debtor's counsel | 1.00 |
| 4. | Conversations with debtor, debtor's counsel re refunding of fees | .50 |
| 5. | Opening of estate money market account | .35 |
| 6. | Preparation of deposit slip and trip to bank | .50 |
| 7. | Preparation of Form SS4 to obtain federal identification number from IRS | .50 |
| 8. | Ledger and DOJ Form 1 and Form 2 entries | .75 |
| 9. | Checking of claims docket and individual claims | 1.00 |
| 10 | Preparation of Final Report and exhibits | 3.50 |
| 11. | Attendance at Final Hearing (anticipated time) | 1.00 |
| 12. | Preparation of revised distribution schedule, cutting of checks, ledger entries, preparation of Final Account after distribution (anticipated time) | 2.00 |
| | TOTAL HOURS | 12.55 |

At the conclusion of the meeting of creditors, a no-asset report was filed. Subsequent thereto the trustee was notified that the debtor had received a check, in the amount of $147,813.02, representing her proportionate distribution in proceeds of an inheritance from the estate of Norman Johnson. The right to said funds was not disclosed in the debtor's petition. The funds were turned over to the trustee and a partial distribution to the debtor, in the amount of $75,000.00, was made. This is a surplus estate and creditors will be paid 100% plus interest on their claims and the debtor will receive an additional $56,046.20.