UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| DENISE ANDERSON | ) | |
| | ) | CASE NO. 07 B 19046 |
| DEBTOR | ) | |
| | ) | HON. JACK B. SCHMETTERER |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 682, Chicago, Illinois 60604

   On: **June 5, 2008**           Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $147,874.39 |
   | Disbursements | $ 75,084.23 |
   | Net Cash Available for Distribution | $ 72,790.16 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | Allan J. DeMars, trustee | $ None | $2,204.00 | $  6.85 |
   | Allan J. DeMars, attorney | $ None | $3,173.00 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | NONE | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00   must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be none.

7. Claims of general unsecured creditors totaling $11,131.75   have been allowed and will be paid *pro rata* only

after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 100.00% plus interest and the debtor is anticipated to receive a distribution of the surplus in the approximate amount of $56,046.20.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | GE Money Bank dba JC Penney Credit Services | $ 1190.72 | $ 1215.15 |
| 2 | GE Money Bank dba Sam's Club | 1470.25 | 1500.41 |
| 3 | LVNV Funding LLC assignee of Washington Mutual | 8470.77 | 8644.55 |
|   |   | $11131.74 | $11360.11 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor  has  been discharged.

11. The Trustee proposes to abandon the following property at the hearing all of which is either subject to liens or has been claimed as exempt by the debtor:    SEE TRUSTEE'S EXHIBIT "B"  IN FINAL REPORT FOR MORE DETAILS.

Dated:    **April 22, 2008**                                    For the Court,

By:
**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:    Allan J. DeMars
Address:    100 W. Monroe - Suite 910
            Chicago, IL 60603
Phone No.: (312) 726-3377

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

9046   Doc 87   Filed 04/22/08   Entered 04/25/08 00:01:14   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1               User: amcc7                  Page 1 of 1                  Date Rcvd: Apr 22, 2008
Case: 07-19046                     Form ID: pdf002              Total Served: 12

The following entities were served by first class mail on Apr 24, 2008.
db          +Denise Anderson,    5020 W Quincy,    Chicago, IL 60644-4350
aty         +William E Brooks,    200 South Michigan Avenue Ste 1240,    Chicago, IL 60604-2430
tr          +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
11680129     Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
11680130    +Dependon Collection Service, Inc.,    P.O. Box 6074,    River Forest, IL 60305-6074
11680131    +Professional Anesthesia,    185 Penny Avenue,    Dundee, IL 60118-1454
11843255    +Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11843254    +Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11680132    +Sam's Club,    P.O. box 530942,    Atlanta, GA 30353-0942
11680133    +Target National Bank,    c/o Louis Freedman, Atty.,    P.O. Box 3228,    Naperville, IL 60566-3228
11680134     Washington Mutual,    P.O. Box 660487,    Dallas, TX 75266-0487

The following entities were served by electronic transmission on Apr 23, 2008.
11904669     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,     assignee of Washington Mutual,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11843255    +E-mail/PDF: rmscedi@recoverycorp.com Apr 23 2008 03:50:13
              Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11843254    +E-mail/PDF: rmscedi@recoverycorp.com Apr 23 2008 03:50:11
              Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11680132    +E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2008 03:48:09     Sam's Club,    P.O. box 530942,
              Atlanta, GA 30353-0942
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2008**                         **Signature:**   _Joseph Speetjens_