UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )         Chapter 7
                                    )
   DENISE ANDERSON                  )         Hon. JACK B. SCHMETTERER
                                    )
                                    )         Case No.  07 B 19046
                                    )

**Trustee's Final Account**
**and**
**Application to Close Case and Discharge Trustee**

To:    The Honorable JACK B. SCHMETTERER
       United States Bankruptcy Judge

       Final distributions of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Group Exhibit A.

       All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B.  Form 2 also reflects a net total balance of zero for this estate.

       The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.


Dated: 7/16/08                                       /s/ Allan J. DeMars
                                                         Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    ) Case No. 07 B 19046
DENISE ANDERSON                     ) Hon. JACK B. SCHMETTERER
                                    ) Chapter 7
            Debtor                  )

ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:
1. Trustee's compensation           $ 2,623.74
   Allan J. DeMars
2. Trustee's expenses               $     6.85
   Allan J. DeMars
                         TOTAL      $ 2,630.59

IT IS FURTHER ORDERED that the requests for final compensation and expenses are allowed as follows:
1. Attorney for the Trustee
   a. Compensation                  $ 3,173.00
      Allan J. DeMars
   b. Expenses                      $_____

2. Accountant for the Trustee
   a. Compensation                  $_____

   b. Expenses                      $_____

3. Other professional
   (list each professional separately)

                         Total      $ 3,173.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _5th_ day of __JUNE__, 2008

**ENTERED**
**JUN 0 5 2008**

Enter: _____JACK B. SCHMETTERER BANKRUPTCY JUDGE_____
              Bankruptcy Judge
              UNITED STATES BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                         )
                               ) Case No. 07 B 19046
DENISE ANDERSON                ) Hon. JACK B. SCHMETTERER
                               ) Chapter 7
            Debtor             )

DISTRIBUTION REPORT

I, <u>Allan J. DeMars</u>, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I am making the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Fees and Expenses  Trustee: $2630.59 | |
| Attorney:$3173.00 | $   5803.59 |
| Chapter 7 Administrative Expenses: | $ |
| Chapter 11 Administrative Expenses: | $ |
| Priority Claims (507(a)(3)-(a)(7)): | $ |
| Secured Tax Liens: | $ |
| Priority Tax Claims: | $ |
| General Unsecured Claims: | $  11131.74 |
| Late Claims: | $   3976.39 |
| Other: Interest on claims | $     449.42 |
| Surplus to debtor: | $  51481.33 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $  72842.47 |

REPORT OF DISTRIBUTION

| 1.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $5,803.59 | 100% |

| CLAIM NUMBER | CREDITOR | | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| Allan J. DeMars: | trustee's fees | | $2623.74 | $2623.74 |
| | expenses | | 6.85 | 6.85 |
| | attorney's fees | | 3173.00 | 3173.00 |
| | | | $5803.59 | $5803.59 |

REPORT OF DISTRIBUTION - CONT'D                         PAGE  2  of  6

| 2.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 3.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(3) -Gap claims arising in involuntary cases and allowed pursuant to 502(f) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 4.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CON'T                        PAGE 3 of 6

|  | TOTAL | FINAL |
|---|---|---|
| 5.   TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |

507(a)(5) - Contributions to    $
Employee Benefit Plans

|  |  | AMOUNT OF | AMOUNT OF |
|---|---|---|---|
| CLAIM NUMBER | CREDITOR | ALLOWED CLAIM | DIVIDEND |

|  | TOTAL | FINAL |
|---|---|---|
| 6.   TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |

507(a)(6) - Farmers'            $
and Fishermans' claims
to the extent of $4,000.

|  |  | AMOUNT OF | AMOUNT OF |
|---|---|---|---|
| CLAIM NUMBER | CREDITOR | ALLOWED CLAIM | DIVIDEND |

|  | TOTAL | FINAL |
|---|---|---|
| 7.   TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |

507(a)(7) - Deposits            $
by consumers to the extent
of $2,225.00

|  |  | AMOUNT OF | AMOUNT OF |
|---|---|---|---|
| CLAIM NUMBER | CREDITOR | ALLOWED CLAIM | DIVIDEND |

REPORT OF DISTRIBUTION - CONT'D                    PAGE 4 of 6

|  | TOTAL | FINAL |
|---|---|---|
| 8.   TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
| 724(b) - Tax claims | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

|  | TOTAL | FINAL |
|---|---|---|
| 9.  TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
| 507(a)(8) - Tax claims excluding fines and penalties | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

|  | TOTAL | FINAL |
|---|---|---|
| 10.  TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
| 507(a)(9) - Capital Commitments to Federal Depository Institutions | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                          Page 5 of 6

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $11,131.74 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | GE Money Bank dba JC Penney Credit Services | $ 1190.72 | $ 1190.72 |
| 2 | GE Money Bank dba Sam's Club | 1470.25 | 1470.25 |
| 3 | LVNV Funding LLC assignee of Washington Mutual | 8470.77 | 8470.77 |
|   |   | $11131.74 | $11131.74 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | AMOUNT OF DIVIDEND % |
|---|---|---|
| 726(a)(3) - Late unsecured claims. | $3,976.39 | 100% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 4 | Pharia | $ 3976.39 | $ 3976.39 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ |  |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                           Page 6 of 6

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(5) - Interest | $449.42 | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | GE Money Bank dba JC Penney Credit Services | $ 1190.72 | $ 35.42 |
| 2 | GE Money Bank dba Sam's Club | 1470.25 | 43.74 |
| 3 | LVNV Funding LLC assignee of Washington Mutual | 8470.77 | 251.98 |
| 4 | Pharia | 3976.39 | 118.28 |
| | | $15108.13 | $ 449.42 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(6) - Surplus to Debtor | $51,481.33 | |

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | DENISE ANDERSON, debtor | $51,481.33 | |

     WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: June 5, 2008                    /s/ Allan J. DeMars
                                          Trustee

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 07-19046  Trustee's Name: Allan J. DeMars
Case Name: DENISE ANDERSON  Bank Name: Bank of America
Taxpayer ID#: 30-0454449  Initial CD #: CDI
For Period Ending: 12/31/08  Blanket bond (per case limit): 5,000,000
Separate bond (if applicable): 
Money Market #: 3755541730

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 12/24/07 | Ref 6 | clients account of Levin & Perconti | inheritance estate of Norman Johnson | 1290-000 | 147,813.02 | | 147,813.02 |
| 12/31/07 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 12.15 | | 147,825.17 |
| BALANCE CARRIED FORWARD | | | | | | | 147,825.17 |
| 1/2/08 | | | check printing charge | 2990-000 | | 36.00 | 147,789.17 |
| 1/3/08 | Check 1001 | Denise Anderson | release of potential surplus per court order | 8200-002 | | 75,000.00 | 72,789.17 |
| 1/31/08 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 31.92 | | 72,821.09 |
| 2/8/08 | | | reversal of check printing charge | 2990-000 | | (36.00) | 72,857.09 |
| 2/8/08 | Check 1002 | International Sureties, Ltd. | bond premium | 2300-000 | | 84.23 | 72,772.86 |
| 2/29/08 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 17.30 | | 72,790.16 |
| 3/31/08 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 18.50 | | 72,808.66 |
| 4/30/08 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 17.90 | | 72,826.56 |
| 5/31/08 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 15.41 | | 72,841.97 |
| 6/2/08 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 0.50 | | 72,842.47 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 6/5/08 | Check 1003 | Allan J. DeMars | trustee's fees | 2100-000 | | 2,623.74 | 70,218.73 |
| 6/5/08 | Check 1004 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 6.85 | 70,211.88 |
| 6/5/08 | Check 1005 | Allan J. DeMars | attorney's fees | 3110-000 | | 3,173.00 | 67,038.88 |
| 6/5/08 | Check 1006 | GE Money Bank dba JC Penney Credit Services | 726(a)(2): $1190.72 interest on claim $35.42 | 7100-900 7990-000 | | 1,226.14 | 65,812.74 |
| 6/5/08 | Check 1007 | GE Money Bank dba Sam's Club | 726(a)(2): $1470.25 interest on claim $43.74 | 7100-900 7990-000 | | 1,513.99 | 64,298.75 |
| 6/5/08 | Check 1008 | LVNV Funding LLC assignee of Washington Mutual | 726(a)(2): $8470.77 interest on claim $251.98 | 7100-000 7990-000 | | 8,722.75 | 55,576.00 |
| 6/5/08 | Check 1009 | Pharia | 726(a)(3): $3976.39 interest on claim $118.28 | 7200-000 7990-000 | | 4,094.67 | 51,481.33 |
| 6/5/08 | Check 1010 | Denise Anderson | surplus to debtor | 8200-002 | | 51,481.33 | 0.00 |
| | | | | COLUMN TOTALS | 147,926.70 | 147,926.70 | 0.00 |
| | | | | Less: Payments to debtor(s) | 126481.33 | 126481.33 | |
| | | | | Net | 21,445.37 | 21,445.37 | 0.00 |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|---|
| | Checking# | | | |
| | Money Market #3755541730 | 147,926.70 | 147,926.70 | 0.00 |
| | Net | 147,926.70 | 147,926.70 | 0.00 |
| | | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |